**Order entered August 2, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00064-CV

### JOHN VANN, Appellant

### V.

### LEVEL FOUR ADVISORY SERVICES, LLC, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02965-2018**

### ORDER

Before the Court is appellant's July 29, 2021 unopposed motion for an extension of time to file his reply brief. We **GRANT** the motion and extend the time to **August 18, 2021**.

/s/    KEN MOLBERG
        JUSTICE